(68 South. 134)

No. 21181.

FOSTER et al. v. MAYOR AND CITY COUN-
CIL OF CITY OF SHREVEPORT.

In re MAYOR AND CITY COUNCIL OF
CITY OF SHREVEPORT.

(March 22, 1915.)

*(Syllabus by the Court.)*

CERTIORARI ⬤�search➤12—PROHIBITION ⬤➤5—PRE-
LIMINARY INJUNCTION—DISMISSAL.

Where plaintiffs in an injunction suit, after
the issuance of a preliminary injunction, move
to dismiss the suit at their cost, the application
by defendants to this court for writs of certi-
orari and prohibition in the cause will be dis-
missed, as there is no suit pending in the dis-
trict court.

[Ed. Note.—For other cases, see Certiorari,
Cent. Dig. § 18; Dec. Dig. ⬤➤12; Prohibition,
Cent. Dig. §§ 20–30; Dec. Dig. ⬤➤5.]

Suit by J. C. Foster and others against the
Mayor and City Council of the City of
Shreveport. Suit dismissed, and defendants
apply for certiorari, mandamus, and prohibi-
tion. Rule nisi recalled, and proceedings dis-
missed.

Lewell C. Butler, City Atty., of Shreveport
(Thigpen & Herold, of Shreveport, of counsel),
for applicants. Hall & Jack and Foster,
Looney & Wilkinson, all of Shreveport, for
plaintiffs. R. D. Webb, in pro. per.

SOMMERVILLE, J. R. D. Webb, judge of
the First judicial district court of Louisiana,
in and for the parish of Caddo, was ordered,
March 3d, to show cause, March 15, 1915, why
the writ of prohibition asked for by the de-
fendants in this cause, relators in this court,
should not issue, restraining him from pro-
ceeding further in the enforcement of a pre-
liminary writ of injunction, issued March 1st,
to prevent an election being held in the city
of Shreveport on March 4, 1915.

In his return made this day, in response to
the order of the court, the district judge
shows that this suit was dismissed, on motion
of the plaintiffs, March 6, 1915, at the cost of
plaintiffs. There is no suit pending.

The rule nisi issued herein is recalled; and
this proceeding is dismissed.